# EXHIBIT A

ELECTRONICALLY FILED - 2019 May 16 9:21 AM - SPARTANBURG - COMMON PLEAS - CASE#2019CP4201770

STATE OF SOUTH CAROLINA )
)                                    IN THE COURT OF COMMON PLEAS
COUNTY OF SPARTANBURG )
)                                    SUMMONS
Barbara A. Robertson, )
)
Plaintiff, )
)                                    (Jury Trial Demanded)
vs. )
)
Big Lots Stores, Inc. d/b/a Big Lots, )
)
Defendant. )
)
_____ )

TO:    BIG LOTS STORES, INC. D/B/A BIG LOTS

YOU ARE HEREBY summoned and required to answer the Complaint in this action, a

copy of which is herewith served upon you, and to serve a copy of your answer to said Complaint

on the subscribers at their offices, The Carolina Law Group, 910 E. Washington Street, Greenville,

South Carolina 29601, within thirty (30) days after service hereof, exclusive of the day of service;

and if you fail to answer the Complaint within the time aforesaid, Plaintiffs will apply to the Court

and judgment by default will be rendered for the relief demanded in the Complaint.

Respectfully submitted,

s/ J. Matthew Whitehead
J. Matthew Whitehead (SC Bar #73803)
Nihar M. Patel (SC Bar #74166)
THE CAROLINA LAW GROUP, LLC
P.O. Box 5192 (29606)
910 E. Washington Street (29601)
Greenville, SC

Spartanburg, SC

Attorneys for Plaintiffs

May 16, 2019

ELECTRONICALLY FILED - 2019 May 16 9:21 AM - SPARTANBURG - COMMON PLEAS - CASE#2019CP4201770

STATE OF SOUTH CAROLINA          )     IN THE COURT OF COMMON PLEAS
                                 )
COUNTY OF SPARTANBURG            )
                                 )
Barbara A. Robertson,            )
                                 )          COMPLAINT
          Plaintiff,             )
     vs.                         )      (Jury Trial Demanded)
                                 )
Big Lots Stores, Inc. d/b/a Big Lots,  )
                                 )
          Defendant.             )
                                 )
                                 )
_____)

Plaintiff, Barbara A. Robertson, complaining of Defendant, Big Lots Stores, Inc. d/b/a Big Lots, respectfully allege and show unto the Court that:

1.    Plaintiff, Barbara A. Robertson, is a citizen and resident of Spartanburg County, State of South Carolina.

2.    Upon information and belief, Big Lots Stores, Inc. d/b/a Big Lots ("Big Lots"), is and at all relevant times was, a foreign corporation organized in the State of Ohio and authorized to do business in the State of South Carolina.

3.    Upon information and belief, Big Lots, at all relevant times, was the owner and operator of a retail store, Store #843, located at 1000 North Pine St. Spartanburg, South Carolina.

4.    The incident that gives rise to this action occurred in Spartanburg County, State of South Carolina.

5.    Venue and jurisdiction are proper in this Court.

**FOR A FIRST CAUSE OF ACTION**
**(Negligence and Gross Negligence)**

ELECTRONICALLY FILED - 2019 May 16 9:21 AM - SPARTANBURG - COMMON PLEAS - CASE#2019CP4201770

6.    On May 23, 2016, Plaintiff was shopping with her husband at Big Lots when, due to Defendant's negligence, chairs that were improperly and dangerously stacked fell onto Plaintiff as she walked by them, causing her to sustain serious bodily injury.

7.    Defendant had a duty to exercise reasonable care to protect its customers, including Plaintiff, from injury on its premises.

8.    Defendant had a duty to warn its customers, including Plaintiff, of dangerous conditions on its premises.

9.    Defendant violated its duty to use reasonable care to protect and warn Plaintiff, and Plaintiff's injuries and damages were directly and proximately caused by Defendant's negligent, grossly negligent, reckless, willful and wanton acts and/or omissions in one or more of the following ways:

(a)    In failing to properly train and supervise its employees and agents;

(b)    In failing to maintain equipment, supplies and/or materials in such a manner that such equipment, supplies and/or materials would not fall and cause injury;

(c)    In failing to properly secure equipment, supplies and/or materials;

(d)    In failing to discover or make reasonable inspections to discover, observe and/or remedy hazardous conditions on the premises and to take reasonable steps to protect Plaintiff from such conditions;

(e)    In failing to establish and carry out regular and frequent inspections for such conditions;

(f)    In failing to implement effective preventive measures, policies and/or procedures designed to eliminate or reduce the danger posed by such conditions;

(g)    In failing to properly keep the premises in a reasonably safe condition;

(h)    In failing to adequately warn Plaintiff as to any dangers that may be present; and

3

ELECTRONICALLY FILED - 2019 May 16 9:21 AM - SPARTANBURG - COMMON PLEAS - CASE#2019CP4201770

(i)    In any such manner Plaintiff may discover through discovery and/or trial.

10.    As a direct and proximate result of Defendant's negligence, gross negligence, recklessness, and willful and wonton acts and/or omissions, Plaintiff suffered serious physical injuries and permanent disabilities, has endured pain and suffering, has suffered mentally and emotionally, and has incurred, and may continue to incur, extensive medical expenses and lost wages, and has otherwise been damaged and injured.

11.    Plaintiff is entitled to judgment against Defendant for actual, compensatory and exemplary or punitive damages for her personal injuries in an amount that is fair, just and reasonable under the circumstances, plus whatever costs, interest and attorneys' fees to which she may be entitled to be determined by a jury.

WHEREFORE, Plaintiff, Barbara A. Robertson, pray for judgment against Defendant, Big Lots Stores, Inc. d/b/a Big Lots, for an amount to be ascertained by the jury at the trial of this action for all damages, actual, consequential and punitive, for the costs of this action, prejudgment and post judgment interest, attorneys' fees, and for such other and further relief, in law or in equity, as this Court shall deem just and proper.

s/ J. Matthew Whitehead
J. Matthew Whitehead (SC Bar #73803)
matt@thecarolinalawgroup.com
Nihar M. Patel (SC Bar #74166)
nihar@thecarolinalawgroup.com
THE CAROLINA LAW GROUP, LLC
910 E. Washington Street
Greenville, SC 29601
(864) 312-4444
(864) 312-4447 (fax)

Spartanburg, SC

· May 16, 2019

Attorneys for Plaintiffs



# CSC

## Notice of Service of Process

null / PERINJ
**Transmittal Number: 20224891**
**Date Processed: 08/12/2019**

| | |
|---|---|
| Primary Contact: | Ronald A. Robins Jr.<br>Big Lots, Inc.<br>4900 E Dublin Granville Rd<br>Westerville, OH 43081-9721 |
| Electronic copy provided to: | Kim Thacker<br>Shelly Duncan<br>David Campbell<br>Amber Dove<br>Tara Charnes |

| | |
|---|---|
| Entity: | Big Lots Stores, Inc.<br>Entity ID Number  1700639 |
| Entity Served: | Big Lots Stores, Inc. d/b/a Big Lots |
| Title of Action: | Barbara A. Robertson vs. Big Lots Stores, Inc. d/b/a Big Lots |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Spartanburg County Court of Common Pleas, SC |
| Case/Reference No: | 2019-CP-42-01770 |
| Jurisdiction Served: | South Carolina |
| Date Served on CSC: | 08/12/2019 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | J. Matthew Whitehead<br>864-312-4444 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com